# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-mj-00173-SAB |
| Plaintiff, | |
| v. | **DEFENDANT'S STATUS REPORT ON PROBATION** |
| SARA SAHAGUN, | |
| Defendant. | |

PURSUANT to an order of this Court the Defendant hereby submits her status report on supervised release:

| | |
|---|---|
| **Convicted of:** | Driving under the Influence of Alcohol or Drugs in violation of 36 C.F.R. Section 4.23(a)(2); Failure to Comply with a Traffic Control Device "Stop" Sign in violation of 36 C.F.R. Section 4.12 |
| **Sentence Date:** | November 16, 2017 |
| **Review Hearing Date:** | September 20, 2018 |
| **Probation Expires On:** | November 16, 2018 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws; and**

☒ **Pay Monetary Fines & Penalties in Total Amount of: $1,200.00 ($1,200.00 fine and $10.00 special assessment)**

☒ **Other Conditions:**

The Defendant's probation shall be unsupervised by the probation office.

The Defendant shall notify the court and, if represented by counsel, your counsel of any change of address and contact number

The Defendant shall complete the First Time DUI Offender Program to be completed by June 30, 2018.

The Defendant is ordered to personally appear for a Probation Review Hearing on September 20, 2018, at 10:00 a.m. before U.S. Magistrate Judge Stanley A. Boone. A status report regarding Defendant's performance on probation shall be filed 14 days prior to the Probation Review.

Pursuant to 18 USC Section 3572(d)(3), while on probation and subject to any financial obligation of probation, Defendant shall notify the court of any material change in Defendant's economic circumstances that might affect Defendant's ability to pay the full financial obligation.

The Defendant shall complete 50 hours of community service. The Defendant shall perform and complete the community service hours by June 30, 2018.

## COMPLIANCE:

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒ Defendant has paid in full all fees and fines ordered by the Court. ($1,200.00 fine and $10.00 special assessment.)

.

☐ If not paid in full when was last time payment:     Date:
                                                                          Amount:

☒ Compliance with Other Conditions of Probation:

Defendant has completed the First Time DUI Offender Program as ordered by the Court.

Defendant has completed 50 hours of community service as ordered by the Court.

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

DATED:     8/31/18                        */s/ Michael Tierney*
                                                   Michael Tierney
                                                   Assistant United States Attorney

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 9/20/2018 at 10:00 a.m.

     ☐ be continued to _____ at 10:00 a.m.

     ☒ be vacated.

DATED: August ____, 2018                                      _____
                                                                                             DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: __September 17, 2018__

_____
UNITED STATES MAGISTRATE JUDGE